# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

JEWISH VOICE FOR PEACE, SOUTH FLORIDA

*Plaintiff(s)*

v.

CITY OF MIAMI BEACH; STEVEN MEINER, individually and in his official capacity as Mayor of the City of Miami Beach; and DAVID SUAREZ, individually,

*Defendant(s)*

Civil Action No. 1:25-cv-24126-KMW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CITY OF MIAMI BEACH
C/O Ricardo J. Dopico, City Attorney
City Hall
1700 Convention Center Drive
Miami Beach, FL 33139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Bruce S. Rogow
Tara A. Campion
1199 S. Federal Hwy., #212
Boca Raton, FL 33432
PH: 954-767-8909
brogow@rogowlaw.com; tcampion@rogowlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS

Angela E. Noble
Clerk of Court

Date: 09/10/2025

*s/ B. Chin*

Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| JEWISH VOICE FOR PEACE, SOUTH FLORIDA<br>*Plaintiff(s)*<br>v.<br>CITY OF MIAMI BEACH; STEVEN MEINER, individually and in his official capacity as Mayor of the City of Miami Beach; and DAVID SUAREZ, individually,<br>*Defendant(s)* | ) | Civil Action No. 1:25-cv-24126-KMW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CITY OF MIAMI BEACH
C/O Rafael E. Granado, City Clerk
City Hall
1700 Convention Center Drive
Miami Beach, FL 33139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Bruce S. Rogow
Tara A. Campion
1199 S. Federal Hwy., #212
Boca Raton, FL 33432
PH: 954-767-8909
brogow@rogowlaw.com; tcampion@rogowlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Angela E. Noble
Clerk of Court

Date: 09/10/2025

*s/ B. Chin*

Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

JEWISH VOICE FOR PEACE, SOUTH FLORIDA

*Plaintiff(s)*

v.

CITY OF MIAMI BEACH; STEVEN MEINER, individually and in his official capacity as Mayor of the City of Miami Beach; and DAVID SUAREZ, individually,

*Defendant(s)*

Civil Action No. 1:25-cv-24126-KMW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CITY OF MIAMI BEACH
C/O Mayor Steven Meiner
City Hall
1700 Convention Center Drive
Miami Beach, FL 33139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Bruce S. Rogow
Tara A. Campion
1199 S. Federal Hwy., #212
Boca Raton, FL 33432
PH: 954-767-8909
brogow@rogowlaw.com; tcampion@rogowlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS

Date: 09/10/2025

Angela E. Noble
Clerk of Court

*s/ B. Chin*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| JEWISH VOICE FOR PEACE, SOUTH FLORIDA<br>*Plaintiff(s)*<br>v.<br>CITY OF MIAMI BEACH; STEVEN MEINER, individually and in his official capacity as Mayor of the City of Miami Beach; and DAVID SUAREZ, individually,<br>*Defendant(s)* | ) | Civil Action No. 1:25-cv-24126-KMW |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* STEVEN MEINER, MAYOR OF THE CITY OF MIAMI BEACH
C/O Ricardo J. Dopico, City Attorney
City Hall
1700 Convention Center Drive
Miami Beach, FL 33139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Bruce S. Rogow
Tara A. Campion
1199 S. Federal Hwy., #212
Boca Raton, FL 33432
PH: 954-767-8909
brogow@rogowlaw.com; tcampion@rogowlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 09/10/2025

SUMMONS

Angela E. Noble
Clerk of Court

s/ B. Chin
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

JEWISH VOICE FOR PEACE, SOUTH FLORIDA

*Plaintiff(s)*

v.

CITY OF MIAMI BEACH; STEVEN MEINER, individually and in his official capacity as Mayor of the City of Miami Beach; and DAVID SUAREZ, individually,

*Defendant(s)*

Civil Action No. 1:25-cv-24126-KMW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* STEVEN MEINER, MAYOR OF THE CITY OF MIAMI BEACH
C/O Rafael E. Granado, City Clerk
City Hall
1700 Convention Center Drive
Miami Beach, FL 33139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Bruce S. Rogow
Tara A. Campion
1199 S. Federal Hwy., #212
Boca Raton, FL 33432
PH: 954-767-8909
brogow@rogowlaw.com; tcampion@rogowlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 09/10/2025

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

SUMMONS

*s/ B. Chin*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

JEWISH VOICE FOR PEACE, SOUTH FLORIDA

*Plaintiff(s)*

v.

CITY OF MIAMI BEACH; STEVEN MEINER, individually and in his official capacity as Mayor of the City of Miami Beach; and DAVID SUAREZ, individually,

*Defendant(s)*

Civil Action No. 1:25-cv-24126-KMW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* STEVEN MEINER, MAYOR OF THE CITY OF MIAMI BEACH
C/O Eric Carpenter, City Manager
City Hall
1700 Convention Center Drive
Miami Beach, FL 33139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Bruce S. Rogow
Tara A. Campion
1199 S. Federal Hwy., #212
Boca Raton, FL 33432
PH: 954-767-8909
brogow@rogowlaw.com; tcampion@rogowlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS

Date: 09/10/2025

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

*s/ B. Chin*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| JEWISH VOICE FOR PEACE, SOUTH FLORIDA<br>*Plaintiff(s)*<br>v.<br>CITY OF MIAMI BEACH; STEVEN MEINER, individually and in his official capacity as Mayor of the City of Miami Beach; and DAVID SUAREZ, individually,<br>*Defendant(s)* | ) | Civil Action No. 1:25-cv-24126-KMW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* STEVEN MEINER,
C/O Ricardo J. Dopico, City Attorney
City Hall
1700 Convention Center Drive
Miami Beach, FL 33139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Bruce S. Rogow
Tara A. Campion
1199 S. Federal Hwy., #212
Boca Raton, FL 33432
PH: 954-767-8909
brogow@rogowlaw.com; tcampion@rogowlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 09/10/2025

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

SUMMONS

s/ B. Chin

Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

JEWISH VOICE FOR PEACE, SOUTH FLORIDA

*Plaintiff(s)*

v.

CITY OF MIAMI BEACH; STEVEN MEINER, individually and in his official capacity as Mayor of the City of Miami Beach; and DAVID SUAREZ, individually,

*Defendant(s)*

Civil Action No. 1:25-cv-24126-KMW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DAVID SUAREZ
C/O Ricardo J. Dopico, City Attorney
City Hall
1700 Convention Center Drive
Miami Beach, FL 33139

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Bruce S. Rogow
Tara A. Campion
1199 S. Federal Hwy., #212
Boca Raton, FL 33432
PH: 954-767-8909
brogow@rogowlaw.com; tcampion@rogowlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: 09/10/2025

Angela E. Noble
Clerk of Court

*s/ B. Chin*

Deputy Clerk
U.S. District Courts